**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| THEODORE W. SIMPSON, III,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMPUTER SCIENCES CORPORATION; and DOES 1–20, inclusive,<br><br>　　　　　　Defendants. | Case № 2:15-cv-09997-ODW(ASx)<br><br>**JUDGMENT** |

　　　　On December 1, 2015, Plaintiff Theodore W. Simpson, III, filed a Complaint against Defendant Computer Sciences Corporation ("CSC"). (ECF No. 1-1.) On March 16, 2017, the Court granted CSC's Motion for Summary Judgment.

/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Plaintiff Theodore W. Simpson, III, shall recover nothing from CSC, and his claims against CSC are dismissed on the merits and with prejudice; and

2. CSC shall recover its costs from Simpson as evidenced by a Bill of Costs.

**IT IS SO ORDERED.**

March 16, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**